IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| NEIL R. HARRINGTON, et al., ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
|         v. ) | 1:08cv336 (JCC) |
| ) | |
| SPRINT NEXTEL CORPORATION, ) | |
| et al., ) | |
| ) | |
|     Defendants. ) | |

**O R D E R**

      For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

      (1) Defendants' Motion to Dismiss is DENIED;

      (2) Defendants are ORDERED to file an Answer to Plaintiff's Complaint within ten (10) days;

      (3) the Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

May 29, 2008                                              /s/
Alexandria, Virginia                    James C. Cacheris
                                                   UNITED STATES DISTRICT COURT JUDGE